1
2
3
4
5

6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   SANDRA E. PHIPPS,                          )
                                               )
9                                  Plaintiff,  )   Case No. C10-387-BAT
        v.                                     )
10                                             )   **MINUTE ORDER**
    MICHAEL J. ASTRUE, Commissioner of Social  )
11  Security,                                  )
                                               )
12                                 Defendant.  )

13   The following minute order is made at the direction of the Court, the Honorable Brian A.

14  Tsuchida, United States Magistrate Judge:

15   Previously, the Court issued a scheduling order in this case, directing the parties to file

16  briefs according to a schedule as set forth in the order and informing the parties that the Court

17  will consider the case upon receipt of the written submissions. Dkt. 10. The Court subsequently

18  granted plaintiff's motion to extend the briefing schedule. Dkt. 13. On August 10, 2010, prior to

19  the date her opening brief was due, plaintiff filed a motion for summary judgment and,

20  separately, a memorandum of authorities. Dkts. 14, 15. Because the Court will consider this

21  case upon receipt of the written submissions, a separate motion for summary judgment is not

22  necessary. Accordingly, the Court hereby STRIKES the motion for summary judgment (Dkt.

23  14) as moot. The Court will treat plaintiff's memorandum of authorities as her opening brief,

MINUTE ORDER - 1

and will consider this case upon conclusion of briefing by the parties.

DATED this 27th day of August, 2010.

Bruce Rifkin
Clerk of Court

_/s/ Tim Farrell_____
Deputy Clerk

MINUTE ORDER - 2